```
 1  PISKEL YAHNE KOVARIK, PLLC
 2  NICHOLAS D. KOVARIK, WSBA # 35462
    522 W. Riverside, Ste. 410
 3  Spokane, WA 99201
 4  (509) 321-5930 (p)
    (509) 321-5935
 5  nick@pyklawyers.com
 6
 7
 8
 9              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
10
11  KYM VENTURES, LLC a Georgia    )
    Limited Liability Company d/b/a )  NO. 2:14-cv-00125-TOR
12  The Daiquiri Factory,          )
                                    )  MOTION TO WITHDRAW
13           Plaintiff,             )
                                    )
14      v.                          )
                                    )
15                                  )
16  PENDLETON ENTERPRISES,          )
    LLC, a Washington Limited       )
17  Liability Company d/b/a The     )
    Daiquiri Factory Spokane; and   )
18  JAMIE PENDLETON, an             )
    individual,                     )
19                                  )
                                    )
20           Defendants.             )
21
```

COMES NOW Attorney Nicholas D. Kovarik, and hereby files a Motion to Withdraw from the present matter.  The basis for this motion is that the relationship between the Attorneys and the Client has become

MOTION TO WITHDRAW - 1

untenable and that there has occurred a breakdown in the communications between Client such that the Attorneys can no longer fulfill their obligations as attorneys for the Client.

Opposing Counsel has been contacted and makes no objection.

Respectfully submitted this 9th day of January, 2015.

s/ Nicholas D. Kovarik
NICHOLAS D. KOVARIK, WSBA #35462
Attorneys for Plaintiff
PISKEL YAHNE KOVARIK, PLLC
522 W. Riverside Ave., Suite 410
Spokane, WA 99201
(509) 321-5930 phone
(509) 321-5935 fax
nick@pyklawyers.com

MOTION TO WITHDRAW - 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    John Pierce, WSBA #38722
    Law Office of John Pierce, P.S.
    505 W Riverside Ave., Ste. 518
    Spokane, WA 99201
    john@lawps.com

Via United States Postal Service, First Class Mail:

| | |
|---|---|
| Anthony Collins, GA Bar # 141712<br>Smith Collins, LLC<br>8565 Dunwoody Place<br>Building 15, Suite B<br>Atlanta, GA 30350 | KYM Ventures, LLC<br>Attn: Kechina Matadin<br>889 W. Peachtree St. NW<br>Atlanta, GA 30309-3805 |

    s/ Nicholas D. Kovarik
    NICHOLAS D. KOVARIK, WSBA #35462
    Attorneys for Plaintiff
    PISKEL YAHNE KOVARIK, PLLC
    522 W. Riverside Ave., Suite 410
    Spokane, WA 99201
    (509) 321-5930 phone
    (509) 321-5935 fax
    nick@pyklawyers.com



Piskel Yahne Kovarik, PLLC
522 W. Riverside Avenue Ste. 410
Spokane, Wa  99201
P 509.321.5930 / F 509.321.5935