UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYM VENTURES, LLC, a Georgia Limited Liability Company d/b/a The Daiquiri Factory,<br><br>　　　　Plaintiff,<br><br>　-vs-<br><br>PENDLETON ENTERPRISES, LLC, a Washington Limited Liability Company d/b/a The Daiquiri Factory Spokane; and JAMIE PENDLETON, an individual,<br><br>　　　　Defendants. | NO.  CV-14-0125-LRS<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not obtained counsel to appear on its behalf pursuant to the Order Granting Counsel's Motion to Withdraw (ECF No. 20) entered on February 17, 2015. Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute, Fed. R. Civ. P. 41(b), and this file is hereby non-administratively **CLOSED** pursuant to said dismissal.

ORDER - 1

The District Court Executive is directed to enter this Order and provide copies of it to the Plaintiff at:

Anthony Collins, GA Bar #141712
Smith Collins, LLC
8565 Dunwoody Place
Atlanta, GA 30350

KYM Ventures, LLC
Attn: Kechina Matadin
889 W. Peachtree St. NW, Suite B
Atlanta, GA 30309-3805

**DATED** this 11th day of March, 2015.

                                          ***s/Lonny R. Suko***

                                          LONNY R. SUKO
                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2